Argued September 8, petition dismissed September 30, 1971

IN THE MATTER OF THE REVIEW OF 1971 REAPPORTION-
MENT OF OREGON RELATING TO SENATORS
AND REPRESENTATIVES.

REED, *Petitioner, v.* MYERS, *Defendant.*
489 P2d 691

*John Miller Reed,* Eugene, argued the cause and submitted briefs pro se.

*Lee Johnson,* Attorney General, Salem, argued the cause in support of 1971 reapportionment of Oregon relating to Senators and Representatives. With him on the briefs was John W. Osburn, Solicitor General, Salem.

Before O'CONNELL, Chief Justice, and McALLISTER, DENECKE, TONGUE, HOWELL and BRYSON, Justices.

DENECKE, J.

The petition is dismissed. Petitioner's objections to the plan are discussed in *Hovet v. Myers,* 260 Or 152, 489 P2d 684, and *State ex rel Allen v. Myers,* 260 Or 170, 488 P2d 1184, decided this date.